**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PEDRO FRANQUI
    Plaintiff,                                  CIVIL ACTION
                                                FILE NO 8:14-cv-00803-JSM-TGW

v.

STELLAR RECOVERY COLLECTION
AGENCY, INC.

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Pedro Franqui, through counsel, gives notice that the parties have entered into a settlement of this claim. Each party will bear his or her own costs.

                                                                     **/s/ W. John Gadd**
                                                           W. John Gadd, Esq.
                                            Attorney for Plaintiff, Pedro Franqui
                                                    FL Bar Number 463061
                                                    **Bank of America Building**
                                        2727 Ulmerton Road-Suite 250
                                                         Clearwater, FL 33762
                                                          Tel – (727)524-6300
                                                   Email – wjg@mazgadd.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that one original and one copy of the foregoing to Defendant's Counsel on record, Skip Kohlmyer via email to Kohlmyer@urbanthier.com

DATED this 8th day of December, 2014.

/s/**W John Gadd**
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel – (727)524-6300
Email – wjg@mazgadd.com